United States District Court
Southern District of Texas
**ENTERED**
October 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEFINA ROQUE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 1:21-CV-042 |
| VICTORIA'S SECRET STORES, LLC, | § | |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

On the 27th day of September, 2022, came on to be heard the above-numbered and entitled cause, and came Josefina Roque, and Perla Ledezma, individually and as next friend of minor child Sxxx Rxxx, who have now been acknowledged by the Court, hereinafter referred to as "Plaintiffs," and Defendant Victoria's Secret Stores, LLC, hereinafter referred to as "Defendant," each by and through their respective attorneys of record. The Court-appointed Guardian Ad litem for the Minor Child, Juan "Trey" Mendez, also appeared. All parties waived a jury, it was announced in open court that there was a compromise and settlement between the Plaintiffs and the above identified Defendant of each and all claims, debts, obligations, or causes of action of whatsoever nature and of whatsoever kind that the Plaintiffs have or may have against the Defendant identified above arising out of the or in any way related to the claims and causes of action set forth in any and all pleadings of Plaintiffs filed herein or arising out of or related to the events, care, and treatment involved in this case.

It was thereafter announced to the Court that the above identified parties have reached a full settlement of all claims by the Plaintiffs against Defendant and that they desire that judgment be entered approving the compromise settlement of the claims of the Minor in the form as set out in the Confidential Settlement and Indemnity Agreement and Release.

The Guardian Ad litem and counsel for Plaintiffs announced in open court that it was their opinion that said offer of settlement was just, fair, reasonable, acceptable, and in the best interests of the Minor Plaintiff identified above.

The Court, nevertheless, called for and heard evidence touching upon the facts made the basis of this suit and the injuries of the Minor Plaintiff and the damages allegedly flowing therefrom.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that, as agreed by all parties, Perla Ledezma, as Next Friend of Sxxx Rxxx, a Minor, shall recover a total of FIVE THOUSAND AND NO/100 DOLLARS ($5,000.00) to be allocated as follows:

A)    Two Thousand and NO/100 ($2,000.00) shall be paid on behalf of Sxxx Rxxx, a Minor, to the District Clerk for the Southern District of Texas for the Use and Benefit of Sxxx Rxxx, a Minor, and that the District Clerk pay such amount into the Registry of the Court, and is directed to take charge of these funds for the sole and limited purpose of investing them in savings accounts or certificates of any savings and loan association domiciled in Texas and insured by the Federal Savings and Loan Insurance Corporation, or for the sole and limited purpose of investing the funds into any interest bearing time deposits in banks doing business in Texas and insured by the Federal Deposit Insurance Corporation until said Minor reaches the age of 18 years or until further Order, if any, is signed by the Court; and

B)    Three Thousand and NO/100 ($3,000.00) shall be paid to "The Green Law Firm, P.C., and Perla Ledezma" for attorneys' fees, case expenses, and outstanding medical expenses.

IT IS FURTHER ORDERED that Plaintiffs shall be responsible for any further medical expenses, including but not limited to, all medical bills and all liens and assignments related to

medical expenses, medical services, and medical payments made, that were incurred by them and/or the Minor Plaintiff, for the case and treatment of the Minor's injuries sustained as a result of the incident made the basis of this suit.

It is therefore made known to the Court, and the Court finds, that contemporaneously with the entry of this Agreed Final Judgment that the same has been fully paid, satisfied and discharged upon payment by the Defendant of the sums of money awarded to the Minor Plaintiff.

After reviewing the pleadings in this case, the Court also called for evidence touching upon the Confidential Settlement and Indemnity Agreement and Release.

Having considered all of such matters, the Court is of the opinion and finds that the Confidential Settlement and Indemnity Agreement and Release is in all things approved and adopted by this Court as its Judgment and incorporated in this Judgment by reference for all purposes, as if copied herein verbatim.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Confidential Settlement and Indemnity Agreement and Release is approved and adopted by this Court as its Judgment and incorporated herein by reference for all purposes, as if copied herein verbatim.

The Court further finds that Defendant has fulfilled its obligations as set forth in the Confidential Settlement and Indemnity Agreement and Release and it is further ORDERED, ADJUDGED AND DECREED that Defendant is herewith released, that this Judgment as to this Defendant is discharged in its entirety, and that Plaintiffs shall take nothing further as to the Defendant identified above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Guardian Ad litem, Juan "Trey" Mendez, be paid a reasonable fee in the amount of $1,500.00 for services rendered herein by the Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs will be

paid by the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court finds that this Judgment disposes of all claims and causes of action of Plaintiffs against the named Defendant and it is ORDERED that this is a Final Judgment as to all such claims and causes of action.

SIGNED this __6th__ day of _____October_____, 2022.


_____
UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED BY:**

/s/ Trey Mendez          w. permission
Juan "Trey" Mendez
Guardian Ad litem for Minor Plaintiff Sxxx Rxxx


/s/ Christopher L. Kurzner          w. permission
Christopher L. Kurzner
Attorney for Defendant


/s/ Jorge A. Green

Jorge A. Green
Attorney for Plaintiffs